UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------

LEON LUCAS,

                Plaintiff,

    -against-

CYNTHIA BRANN,

               Defendant.

------------------------------------

19cv09974 (GBD) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

This Section 1983 case having been referred to this Court by the Honorable George B. Daniels, U.S.D.J., for general pretrial supervision; and the New York City Law Department, as counsel for defendant Cynthia Brann ("Defendant"), having written to this Court (a) to inform it that Defendant is not in possession of a current address for *pro se* plaintiff Leon Lucas ("Plaintiff"), who commenced this action when he was in custody at Rikers Island, but has since been released; (b) to request that the Court order Plaintiff to provide an updated address to the Court; and (c) to request that Defendant's time to respond to the Complaint be stayed until Plaintiff complies with such order; it is hereby ORDERED as follows:

1.     Plaintiff is directed to provide an updated address (as well as a telephone number, if he has one where he may be reached) to this Court's *Pro Se* Office no later than March 13, 2020. The address of the *Pro Se* Office is:

        United States District Court, S.D.N.Y.
        *Pro Se* Intake Unit
        U.S. Courthouse
        40 Centre Street, Room 105
        New York, New York 10007

Plaintiff may also wish to contact the *Pro Se* Office if he needs assistance in understanding any of the procedural rules of this Court, or any aspect of this Order. The telephone number for the *Pro Se* Office is (212) 805-0175.

2. Plaintiff is cautioned that he has an obligation to keep the Court apprised of any changes to his contact information, and that a failure to do in a timely manner so may result in the dismissal of his claims for failure to prosecute.

3. Defendant's request for a stay of its time to respond to the Complaint is granted to the following extent: Defendant shall move, answer, or otherwise respond to the Complaint within two weeks of the date that the Docket of this case is updated to reflect Plaintiff's change of address.

4. In light of the within rulings, the Clerk of Court is directed to close Dkt. 13 on the Docket of this action.

Dated: New York, New York
March 3, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Leon Lucas
NYSID: 11818691J
North Infirmary Command
B&C No. 2411903388
15-00 Hazen Street
East Elmhurst, NY 11370

Defense counsel (via ECF)