UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEON LUCAS,

                Plaintiff,                                    19 **CIVIL** 9974 (GBD)(DF)

       -against-                                         **JUDGMENT**

CYNTHIA BRANN, Commissioner of the
Department of Correction,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 28, 2021, having reviewed the Report for clear error and finding none, Magistrate Judge Freeman's Report and Recommendation is ADOPTED in full. As outlined in the Report, Plaintiff was ordered to show cause by August 31, 2020 why Magistrate Judge Freeman should not recommend that the case be dismissed for failure to prosecute. (Report at 1.) As of the date of the opinion, Plaintiff has made no submission in response to that order. Plaintiff has had ample time to show cause for why this case should not be dismissed and has failed to do so. The complaint is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); accordingly, the case is closed.

**Dated:**  New York, New York
         October 28, 2021

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                    **BY:**    *K. Mango*

                                                               **Deputy Clerk**